**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

November 13, 2024

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

              Re:    *Fagnani v. Grillos Pickles, Inc.,*
                      Case No.: 1:24-cv-6556

Dear Judge Subramanian,

      The undersigned represents Mykayla Fagnani, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Grillos Pickles, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for November 20, 2024, at 1:00 p.m (Dkt. 5) be adjourned for 30 days because the Parties anticipate this matter will be resolved without judicial intervention and this extension will allow both parties further time to discuss. This is the Plaintiff's first request for an extension and the Defendant consents to the adjournment.

                                                             Respectfully submitted,

                                                             GOTTLIEB & ASSOCIATES PLLC

                                                              */s/Michael A. LaBollita, Esq.*
                                                              Michael A. LaBollita, Esq.