UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYKAYLA FAGNANI,<br><br>                              Plaintiff,<br><br>          -against-<br><br>GRILLOS PICKLES, INC.,<br><br>                            Defendant. | 24-CV-6556 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Pursuant to the Court's September 3, 2024 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than November 13, 2024. To date, the parties have not filed the letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 18**.

    SO ORDERED.

Dated: November 15, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                     United States District Judge